Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of a photomicrographic camera, the claim of the plaintiff was sustained.

**No. 61871.**—Ben S. Armstrong et al. *v.* United States, protests 179503–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiffs was sustained.

**No. 61872.**—Clarence S. Holmes et al. *v.* United States, protests 225282–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiffs was sustained.

**No. 61873.**—Arthur J. Humphreys *v.* United States, protests 305872–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61874.**—D. H. May *v.* United States, protests 220302–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61875.**—Arthur J. Humphreys *v.* United States, protests 226863–K, etc. (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61876.**—Arthur J. Humphreys v. United States, protests 274865–K, etc. (Seattle).

Opinion by MOLLISON, J. In accordance with stiuplation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 29, 1958

**No. 61877.**—International Expediters, Inc. v. United States, protest 217819–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of articles in chief value of metal, suitable for use and used to distribute electrical energy, and that they are not machines for determining the strength of materials or articles in tension, compression, torsion, or shear, flashlights, batteries, vacuum cleaners, not internal combustion engines, nor parts thereof, the claim of the plaintiff was sustained.

**No. 61878.**—Plus Computing Machines, Inc. v. United States, protests 261109–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines and metal parts thereof similar in all material respects, except for having, in addition, an electric motor as an essential feature, to the merchandise the subject of *Plus Computing Machines,*